916 So.2d 3 (2004)
Junior BONILLA, Appellant,
v.
STATE of Florida, Appellee.
No. 2D04-3875.
District Court of Appeal of Florida, Second District.
November 19, 2004.
PER CURIAM.
Affirmed. See Gipson v. State, 616 So.2d 992 (Fla.1993); McCall v. State, 862 So.2d 807 (Fla. 2d DCA 2003); Collins v. State, 800 So.2d 660 (Fla. 2d DCA 2001); State v. Kinney, 670 So.2d 1093 (Fla. 2d DCA 1996); Martin v. State, 795 So.2d 143 (Fla. 3d DCA 2001).
As this court did in McCall, we certify direct conflict with Richardson v. State, 884 So.2d 950 (Fla. 4th DCA 2003), supplemented on rehearing, 884 So.2d at 952 (Fla. 4th DCA Jan. 14, 2004).
Affirmed; conflict certified.
WHATLEY, SALCINES, and SILBERMAN, JJ., Concur.